UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Cr. No. 08-00243-01 (HHK/APK) |
| | : | |
| v. | : | Mag. No. 08-00427M-01 |
| | : | |
| Otto B. Lucas | : | |
| | : | Bond Review Hearing: August 13, 2008 |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO REQUEST EARLY DISCLOSURE OF COURT SUBPOENAED RECORDS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court order Verizon to provide early disclosure of the requested telephone records to the government and defense counsel to allow the parties to prepare for the scheduled bond review hearing on August 13, 2008. In support of its request, the government represents the following information:

1.      In this case, the defendant was arrested on July 9, 2008, and he was presented to the court for his initial appearance on July 10, 2008. At the initial appearance, the government moved for pre-trial detention pursuant to 18 U.S.C. §§ 3142(f)(1)(C) and 3142(f)(1)(D). The court granted the requests and scheduled a consolidated preliminary and detention hearing on July 14, 2008.

2.      On July 14, 2008, the court conducted a preliminary and detention hearing. The court found probable caused, and the defendant was released to the High Intensity Supervision Program ("HISP"). On July 30, 3008, the court called the case and stated that it had received a violation report from the D.C. Pre-trial Services Agency ("PSA") that requested the defendant be removed from HISP due to several alleged home-confinement violations. Subsequently, the

court scheduled a bond review hearing on August 5, 2008.

    3.    On August 5, 2008, the defendant appeared before the court in a bond review hearing. During the hearing, the defendant, through counsel, argued and revealed that the electronic monitoring equipment may not be operating properly because the call waiting feature on his brother's land line telephone had not been removed. To determine whether the defendant violated the 21 home-confinement condition, the Court stated that it wanted to know when, if at any point in time, the call waiting feature was requested, activated and/or removed by the owner of the telephone account. Pursuant to that statement, the government issued a subpoena to Verizon to request that information.

    4.    On August 7, 2008, the undersigned counsel spoke to a Verizon representative from its subpoena compliance department to ascertain whether Verizon would be able to comply with the subpoena given the late notice. The representative stated that it received the subpoena and would attempt to comply by sending a custodian of records to court with the records on August 13, 2008. The records would not be disclosed any earlier than the date on the subpoena.

    5.    On August 7, 2008, the grand jury returned an indictment in this case. The indictment was filed and processed. The case is assigned to U.S. District Judge Kennedy and has the above criminal case number. Upon learning this information, the undersigned counsel contacted Judge Kennedy's chambers and spoke with Nicole Pittman, Law Clerk. The undersigned counsel explained the procedural posture of the case. Ms. Pittman indicated that Judge Kennedy confers jurisdiction to the magistrate court to handle the bond review hearing on August 13, 2008.

6.        To prepare and adequately address the legal issues raised by PSA's violation report and discussed at the initial bond review hearing, the government requests that the Court order Verizon to provide early disclosure of the Verizon telephone records to the government and defense counsel by facsimile or electronic mail.

7.        Today, I spoke with defense counsel, Dani Jahn, and informed her about the government's intention to file this motion. After the undersigned counsel explained that it issued a subpoena for the defendant's brother's telephone account pursuant to the Court's request for the information, she stated that she did not object to the filing of the motion, and she would like an opportunity to review the telephone records prior to the hearing as well. She stated that the records could be sent to the following facsimile number: 202-501-3829.

WHEREFORE, the United States respectfully moves this Court, to order Verizon to provide early disclosure of the telephone records requested by the Court's subpoena.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                    UNITED STATES ATTORNEY

By:               /s/
           Angela S. George
           Assistant United States Attorney
           Bar No. 470-567
           Federal Major Crimes Section
           555 4th Street, N.W., Room 4444
           Washington, D.C. 20530
           202/514-7315
           Angela.George@usdoj.gov

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing motion was served by ECF upon the defendant's defense counsel, Dani Jahn, Esquire, on this 8th day of August, 2008.

                                          _____/s/_____
                                          Angela S. George
                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Cr. No. 08-00243-01 (HHK/APK) |
| | : | |
| v. | : | Mag. No. 08-00427M-01 |
| | : | |
| Otto B. Lucas | : | |
| | : | Bond Review Hearing: August 13, 2008 |
| Defendant. | : | |

**ORDER**

Upon consideration of the Government's Motion to Request Early Disclosure of Court Subpoenaed Records, and for good cause shown therein, it is hereby

**ORDERED** that Verizon, Legal Department, Custodian of Records, provide early disclosure of the telephone records requested by subpoena in the above case to the below government and defense counsel by facsimile and/or electronic mail before Tuesday, August 12, 2008 in addition to presenting the original records by a custodian of records in court on August 13, 2008 as the subpoena directs.

**SO ORDERED** this _____ day of August, 2008.

_____
Alan P. Kay
U.S. Magistrate Judge

cc:   Angela S. George
　　　Assistant United States Attorney
　　　U.S. Attorney's Office for the District of Columbia
　　　555 4th Street, NW, Room 4444
　　　Washington, D.C. 20530
　　　202-616-3782 (facsimile)
　　　Angela.George@usdoj.gov

　　　Dani Jahn, Esquire
　　　Federal Public Defender's Service
　　　633 Indiana Avenue, NW
　　　Washington, D.C. 20001
　　　202-501-3829 (facsimile)
　　　Dani_Jahn@fd.org