UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 1 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Cr. No. 08-00243-01 (HHK/A K) |
| | : | |
| v. | : | Mag. No. 08-00427M-01 |
| | : | |
| Otto B. Lucas | : | |
| | : | Bond Review Hearing: August 13, 2008 |
| Defendant. | : | |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Motion to Request Early Disclosure of Court Subpoenaed Records, and for good cause shown therein, it is hereby

**ORDERED** that Verizon, Legal Department, Custodian of Records, provide early disclosure of the telephone records requested by subpoena in the above case to the below government and defense counsel by facsimile and/or electronic mail before Tuesday, August 12, 2008 in addition to presenting the original records by a custodian of records in court on August 13, 2008 as the subpoena directs.

**SO ORDERED** this ___8th___ day of August, 2008.

_____
Alan    Kay
U.S. Magistrate Judge

cc:   Angela S. George
      Assistant United States Attorney
      U.S. Attorney's Office for the District of Columbia
      555 4th Street, NW, Room 4444
      Washington, D.C. 20530
      202-616-3782 (facsimile)
      Angela.George@usdoj.gov

      Dani Jahn, Esquire
      Federal Public Defender's Service
      633 Indiana Avenue, NW
      Washington, D.C. 20001
      202-501-3829 (facsimile)
      Dani_Jahn@fd.org