**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 08-243** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **OTTO LUCAS** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above captioned matter is assigned to Assistant

United States Attorney Frederic Gallun  DC Bar Number 462025 , telephone number (202)514-

6997  and this is notice of  his appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY TAYLOR
United States Attorney


_____/s/_____
FREDERIC GALLUN
ASSISTANT UNITED STATES ATTORNEY
Bar No.
555 4th Street, N.W., 4th Floor
Washington, DC 20530
(202) 514-6997
Frederic.gallun@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was caused to be served by mail upon the attorney for
the DEFENDANT, Danny Jahn, Federal Public Defender, 625 Indiana Avenue, Suite 550,
Washington, DC 20004.

_____/s/_____
ASSISTANT UNITED STATES ATTORNEY