UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No. 08-243 (HHK) |
| v. : | |
| : | |
| **OTTO LUCAS** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Frederic Gallun at telephone number (202) 514-6997 and/or email address Frederic.Gallun@usdoj.gov. Mr. Gallun will substitute for AUSA Renata Cooper as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


By:  _____/s/_____
FREDERIC GALLUN
Assistant United States Attorney
555 4th Street, N.W. , 4th floor
Washington, D.C. 20530
(202) 514-6997

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was caused to be served by mail upon the attorney for the DEFENDANT, Danny Jahn, Federal Public Defender, 625 Indiana Avenue, Suite 550, Washington, DC 20004.

_____  /s/_____
FREDERIC GALLUN
Assistant United States Attorney